No. 25, Misc. SLEIGHTER v. BANMILLER, SUPERINTENDENT, EASTERN STATE PENITENTIARY. C. A. 3d Cir. Certiorari denied.

No. 26, Misc. DEMARA v. EMPLOYERS LIABILITY ASSURANCE CORP., LTD. C. A. 5th Cir. Certiorari denied. *Reynolds N. Cate* for petitioner. *Charles W. Barrow* for respondent.

No. 27, Misc. LEE v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 29, Misc. LUSCHER v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 30, Misc. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 34, Misc. FIRESTONE v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 36, Misc. FRANKLIN v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 42, Misc. GREENE v. INDUSTRIAL COMMISSIONER OF NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.